UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUSSAMA SAHIBI,<br><br>             Plaintiff,<br><br>       v.<br><br>GONZALES, et al.,<br><br>             Defendants. | No.  1:15-cv-01581 LJO DLB PC<br><br>ORDER EXTENDING DISCOVERY AND SCHEDULING ORDER TO DEFENDANT CROUNSE |

Plaintiff Oussama Sahibi ("Plaintiff"), a state inmate in the custody of the California Department of Corrections and Rehabilitation ("CDCR"), is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

The Court issued a Discovery and Scheduling Order on June 6, 2016.  Defendant Crounse has now appeared in this action.  Therefore, the Discovery and Scheduling Order is extended to Defendant Crouse.  Initial disclosures shall be exchanged within forty-five days of the date of service of this order.

IT IS SO ORDERED.

   Dated:   **July 1, 2016**                              /s/ Dennis L. Beck
                                                                   UNITED STATES MAGISTRATE JUDGE

1