UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUSSAMA SAHIBI,<br><br>            Plaintiff,<br><br>       v.<br><br>GONZALES, et al.,<br><br>            Defendants. | No.  1:15-cv-01581 LJO DLB PC<br><br>ORDER DENYING DEFENDANTS' MOTION TO STAY DISCOVERY WITHOUT PREJUDICE<br>(Document 38)<br><br>ORDER GRANTING THE PARTIES' REQUEST FOR ADDITIONAL TIME TO RESOND TO DISCOVERY<br>(Documents 38 and 39) |

Plaintiff Oussama Sahibi ("Plaintiff"), a state inmate in the custody of the California Department of Corrections and Rehabilitation ("CDCR"), is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on October 16, 2015, and it proceeds on the following claims: (1) violation of the Eighth Amendment against Defendants Gonzales, Smith, Cope, Lozano and Stan; and (2) violation of the Fourteenth Amendment against Defendant Crounse.

The Court issued a Discovery and Scheduling Order on June 6, 2016.

Defendants Gonzales, Smith, Cope, Lozano and Stan filed a motion for judgment on the pleadings on July 1, 2016, which is currently pending.  The motion is based on Defendants'

///

1

contention that Plaintiff's excessive force claim is barred by *Heck v. Humphry*, 512 U.S. 477 (1994).

On July 28, 2016, Defendants Gonzales, Smith, Cope, Lozano and Stan filed a motion to stay discovery, or in the alternative, limit discovery to exhaustion. Defendant Crounse joined in the motion on July 29, 2016.

Defendants move to stay discovery, or limit discovery to exhaustion, because they intend to file a motion challenging the exhaustion of Plaintiff's claims. While they may be entitled to a stay at that time, the Court will not stay discovery *prior* to the filing of an exhaustion challenge. Accordingly, Defendants' motion is DENIED WITHOUT PREJUDICE.

Both Plaintiff and Defendants have requested additional time to respond to discovery requests. As the Court has not stayed discovery, the Court will GRANT the parties an additional forty-five days from the date of service of this order to respond to discovery.

IT IS SO ORDERED.

Dated:   **August 15, 2016**                    /s/ Dennis L. Beck
                                                UNITED STATES MAGISTRATE JUDGE

2