UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUSSAMA SAHIBI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BORJAS GONZALES, et al.,<br><br>　　　　　Defendants. | CASE NO. 1:15-cv-01581-LJO-MJS (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DENY DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>**(ECF No. 48)**<br><br>**ORDER DENYING MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>**(ECF No. 31)** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 28 U.S.C. § 1983. The action proceeds on Plaintiff's Eighth Amendment excessive force claim against Defendants Brandon Cope, Borjas Gonzales, Mario Lozano, Howard Smith, and Stan, and on a Fourteenth Amendment due process claim against Defendant Crounse. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302 of the United States District Court for the Eastern District of California.

On September 20, 2016, the Magistrate Judge issued findings and

recommendations to deny the motion for judgment on the pleadings brought by Defendants Gonzales, Lozano, Smith, Stan, and Cope. (ECF No. 48.) No objections were filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendation to be supported by the record and by proper analysis.

Accordingly, it is HEREBY ORDERED that:

1. The Court adopts in full the findings and recommendations filed September 20, 2016 (ECF No. 48); and
2. Defendants' motion for judgment on the pleadings (ECF No. 31) is DENIED.

IT IS SO ORDERED.

Dated:   **October 24, 2016**          /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE