UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUSSAMA SAHIBI,<br><br>    Plaintiff,<br><br>    v.<br><br>BORJAS GONZALES, et al.,<br><br>    Defendants. | CASE No. 1:15-cv-01581-LJO-MJS (PC)<br><br>**ORDER GRANTING JOINT MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER**<br><br>**(ECF No. 60)**<br><br>**DECEMBER 2, 2016 DISCOVERY CUT-OFF** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 28 U.S.C. § 1983. The action proceeds on Plaintiff's Eighth Amendment excessive force claim against Defendants Brandon Cope, Borjas Gonzales, Mario Lozano, Howard Smith, and Stan, and on a Fourteenth Amendment due process claim against Defendant Crounse.

On October 4, 2016, Defendant Crounse filed a motion to extend the discovery and dispositive motion deadlines for ninety days. (ECF No. 51.) The remaining Defendants joined in the motion. (ECF No. 52.) The Court denied the motion on November 1, 2016, without prejudice to Defendants filing a limited motion for extension of time to take Plaintiff's deposition. (ECF No. 58.)

1

Before the Court is Defendants' joint motion to modify the discovery and scheduling order. (ECF No. 60.) Defendants seek to extend the discovery cut-off to December 2, 2016 for purposes of taking Plaintiff's deposition. Defendants have contacted Plaintiff's institution and confirmed their ability to take Plaintiff's deposition within this time period.

Good cause having been shown, Defendants' motion is HEREBY GRANTED. The discovery cut-off is HEREBY EXTENDED to December 2, 2016 for the limited purpose of taking Plaintiff's deposition.

IT IS SO ORDERED.

Dated:   November 1, 2016             /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE