UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUSSAMA SAHIBI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BORJAS GONZALES, et al.,<br><br>　　　　Defendants. | CASE No. 1:15-cv-01581-LJO-MJS (PC)<br><br>**ORDER REGARDING PLAINTIFF'S MOTION TO COMPEL**<br><br>**(ECF NO. 83)** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 28 U.S.C. § 1983. The action proceeds on Plaintiff's Eighth Amendment excessive force claim against Defendants Cope, Gonzales, Lozano, Smith, and Stane, and on a Fourteenth Amendment due process claim against Defendant Crounse. On January 31, 2017, Plaintiff filed a motion to compel. (ECF No. 83.) To facilitate the Court's resolution of this motion, it is HEREBY ORDERED that:

　　1. Defendants Cope, Gonzales, Lozano, Smith, and Stan shall submit to the Court, within fourteen days, the following documents for in camera review:

　　　　a. Defendant Stane's Letter of Instruction;

　　　　b. Defendant Smith's Employee Counseling Records; and

　　　　c. Use of Force Critique Packet Log # KVSP-FAY-13-07-0405 from July 13, 2013, authored by Lieutenant C. Waddle.

1

2. Submission may be made electronically to mjsorders@caed.uscourts.gov or by hard copy to the Clerk's Office of the Fresno Division of the Eastern District of California.

IT IS SO ORDERED.

Dated: __March 2, 2017__          /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE