IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **OUSSAMA SAHIBI,**<br><br>Plaintiff,<br><br>v.<br><br>**BORJAS GONZALES,**<br><br>Defendants. | Case No. 1:15-cv-01581-LJO MJS (PC)<br><br>**ORDER MODIFYING APRIL 5, 2017 PROTECTIVE ORDER (ECF No. 102)** |

IT IS HEREBY ORDERED that the following shall be substituted in place of page 11, lines 14 through 23, of the April 5, 2017 Protective Order (ECF No. 102):

"1.  The confidential documents may be submitted to the possession of the following persons:

    a. Counsel for the parties in this action, including Plaintiff should Plaintiff obtain counsel;

    b. Paralegal, stenographic, clerical, and secretarial personnel regularly employ by counsel for a party;

    c. Court personnel and stenographic reporters engaged in such proceedings as are incidental to the preparation for trial or trial of this action;

d. Any outside expert or consultant retained by Plaintiff or a party's counsel for purposes of this action; and"

IT IS FURTHER ORDERED that the following shall be substituted in place of page 12, lines 11 through 13 of the April 5, 2017 Protective Order (ECF No. 102):

"4. No confidential material obtained by Plaintiff, any other party or a party's counsel shall be disclosed except as is necessary to the litigation of this case, including if applicable its appeal, and for no other purpose."

IT IS SO ORDERED.

Dated: April 14, 2017          /s/ *Michael J. Seng*
                               UNITED STATES MAGISTRATE JUDGE