

FILED
NOV 20 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUSSAMA SAHIBI,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BORJAS GONZALES, et al.,<br><br>　　　　Defendants. | Case No.: 1:15-cv-01581-LJO-MJS (PC)<br><br>ORDER THAT INMATE OUSSAMA SAHIBI IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

A settlement conference in this matter commenced on November 17, 2017. Inmate Oussama Sahibi, CDCR #T-66695, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATE: November 17, 2017

UNITED STATES MAGISTRATE JUDGE