# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUSSAMA SAHIBI, | Case No. 1:15-cv-01581-LJO-JLT (PC) |
| Plaintiff, | **ORDER TO RETURN WITNESS FEES TO PLAINTIFF** |
| v. | |
| GONZALES, et al., | |
| Defendants. | |

This case was scheduled for trial on June 26, 2018. However, the parties recently submitted a stipulation for dismissal with prejudice which resulted in its closure. (Docs. 154, 155.) Thus, the money order for witness fees submitted on May 8, 2018 should be returned to Plaintiff. Accordingly, the Clerk of the Court is hereby directed to return to Plaintiff money order No. 25076195087 in the amount of $157.72.

IT IS SO ORDERED.

Dated: __May 21, 2018__        /s/ Jennifer L. Thurston
                               UNITED STATES MAGISTRATE JUDGE