UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| OUSSAMA SAHIBI, | Case No. 1:15-cv-01581-LJO-JLT (PC) |
|---|---|
| Plaintiff, | **ORDER DENYING PLAINTIFF'S REQUEST FOR RETURN OF WITNESS FEES** |
| v. | |
| GONZALES, et al., | (Doc. 157.) |
| Defendants. | CASE TO REMAIN CLOSED |

On May 21, 2018, this Court directed the Clerk of Court to return to plaintiff money order No. 25076195087 for witness fees in the amount of $157.72. (Doc. 156.) This money order was returned to plaintiff that same day and mailed to "Salinas Valley State Prison, Attn: Inmate Trust Account Office, P.O. Box 1020, Soledad, CA 93960-1010." On June 8, 2018, plaintiff filed a request to mail the money order to plaintiff's father at a Los Angeles, California mailing address. Because the money order had already been returned to plaintiff, the Court is unable to redirect it to plaintiff's father. Accordingly, the Court DENIES plaintiff's request.

IT IS SO ORDERED.

Dated: **February 22, 2019**     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE